**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sigfrido L. Gonzalez  
    <u>Debtor</u>

CHAPTER 13

BKY. NO. 16-16349 REF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Re: Loan # Ending In: 0596

            Respectfully submitted,

            **/s/Joshua I. Goldman, Esquire**  
            Joshua I. Goldman, Esquire  
            Thomas Puleo, Esquire  
            KML Law Group, P.C.  
            701 Market Street, Suite 5000  
            Philadelphia, PA 19106-1532  
            (215) 825-6306  FAX (215) 825-6406