IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SIGFRIDO L. GONZALEZ                    : Chapter 13
        & NILDA M. GONZALEZ                     : Case No.  16-16349
                Debtors

**PRAECIPE TO CORRECT CREDITOR ADDRESS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly change the address for the creditor:

PHFA-HEMAP
2101 N. Front Street
Harrisburg, PA 17105

to the following address:

PHFA-HEMAP
P.O. Box 15206
Harrisburg, PA 17105-5206

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
       Attorney I.D. #41268
       845 N. Park Road, Ste. 101
       Wyomissing, PA  19610
       (610) 372-9900
       (610) 372-5469 -fax
       Attorney for Debtors