United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-16349-ref
Sigfrido L Gonzalez                                             Chapter 13
Nilda M Gonzalez
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa          Page 1 of 2          Date Rcvd: Nov 17, 2016
                              Form ID: 309I       Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2016.
```
db/jdb        +Sigfrido L Gonzalez,    Nilda M Gonzalez,    1774 Little Mountain Rd.,   Bethel, PA 19507-9557
tr            +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,   P.O. Box 4010,
                Reading, PA 19606-0410
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13789026      #American Medical Supplies, Inc.,    3300 SW 15th Street,    Deerfield Beach, FL 33442-8126
13789027      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
13789028      +Bureau of Account Management,    P.O. Box 8875,    Camp Hill, PA 17001-8875
13789029      +Bureau of Account Management,    3607 Rosemont Avenue,    Camp Hill, PA 17011-6904
13789031       CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
13789032      +CBY Systems Inc,    33 S Duke St,    York, PA 17401-1401
13789030       Cardiology Interpretive Servicecs,    755 Norman Drive,    Lebanon, PA 17042-7497
13799078      +Case & DiGiamberardino, P.C.,    John A. DiGiamberardino, Esq.,    845 N. Park Rd.,   Suite 101,
                Wyomissing, PA 19610-1342
13789034       Christopher A Seda DPM,    840 Helen Drive,    Lebanon, PA 17042-7456
13789035      +Commonwealth of PA,    Office of Attorney General,    Collections Unit,
                14th Floor, Strawberry Square,    Harrisburg, PA 17120-0001
13789036      +Credit Bureau of York, Inc.,    33 S Duke Street,    York, PA 17401-1485
13789037       Donegal Insurance Group,    1195 River Road,    P.O. Box 302,    Marietta, PA 17547-0302
13789038      +Dr. Duaduk N.,    P.O. Box 1573,    341 Cumberland Street,    2nd Floor,    Lebanon, PA 17042-5547
13789039       EMA Lebanon Emergency Medical Associates,    P.O. Box 5728,    Parsippany, NJ 07054-6728
13789040      +Environmental Products International Inc,    P.O. Box 397,    Fairview, NJ 07022-0397
13789042      +Good Samaritan Physician Services,    P.O. Box 4625,    Lancaster, PA 17604-4625
13789044       HCR ManorCare Services LLC,    Facility 0561,    P.O. Box 637602,    Cincinnati, OH 45263-7602
13789043      +Harry Rueppel,    611 East High Street,    Lebanon, PA 17042-5642
13797449       Jonestown Bank & Trust Co.,    2 West Main Street,    Jonestown, PA 17038
13798217       Jonestown Bank & Trust Co.,    P.O. Box 717,    Jonestown, PA 17038-0717
13789045       Jonestown Bank & Trust Co.,    1725 Route 72 North,    Lebanon, PA  17046
13789047      +Jonestown Dental,    310 North Lancaster Street,    P.O. Box 687,    Jonestown, PA 17038-0687
13789048       Lebanon Cardiology Associates, PC,    775 Norman Drive,    Lebanon, PA 17042-7497
13789049      +Lebanon Diagnostic Imaging,    960 Isabel Drive,    Lebanon, PA 17042-7482
13789050      +Lebanon Family Dental,    320 Oak Street,    Lebanon, PA 17042-6200
13789051       Lebanon Imaging Associates,    P.O. Box 371863,    Pittsburgh, PA 15250-7863
13789053      +Met-Ed,    P.O. Box 3687,    Akron, OH 44309-3687
13789054      +Myerstown Family Practice,    431 W. Lincoln Avenue,    Myerstown, PA 17067-2328
13789055      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13789056       Peerless Credit Services, Inc.,    P.O. Box 518,    Middletown, PA 17057-0518
13789057      +Penn State Hershey Medical Center,    P.O. Box 643291,    Pittsburgh, PA 15264-3291
13789060      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
13789062      #RMS,    P.O. Box 280431,    East Hartford, CT 06128-0431
13789063      +Schuylkill Medical Center East,    700 E. Norwegian St.,    Pottsville, PA 17901-2798
13789064       Schuylkill Medical Imaging,    12225 Greenville Ave.,    Suite 700,    Dallas, TX 75243-9338
13789065      +Schuylkill Open MRI, Inc.,    848 N. Rainbow Blvd.,    Suite 2494,    Las Vegas, NV 89107-1103
13789066       United Concordia,    POB 827399,    Philadelphia, PA 19182-7399
13789067      +York Credit Bureau,    33 S Duke St,    York, PA 17401-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: jad@cdllawoffice.com Nov 18 2016 02:06:13     JOHN A. DIGIAMBERARDINO,
                Case & DiGiamberardino, P.C.,    845 North Park Road,    Suite 101,   Wyomissing, PA  19610
smg           +E-mail/Text: robertsl2@dnb.com Nov 18 2016 02:07:09     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 18 2016 02:06:50
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 18 2016 02:07:17     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 18 2016 02:07:02     United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13789033      +E-mail/Text: compliance@chaserec.com Nov 18 2016 02:08:02     Chase Receivables,
                1247 Broadway,    Sonoma, CA 95476-7503
13789041      +E-mail/Text: bankruptcy@fult.com Nov 18 2016 02:08:03     Fulton Bank,    Loan Operations,
                P.O. Box 69,    East Petersburg, PA 17520-0069
13789052       E-mail/Text: camanagement@mtb.com Nov 18 2016 02:06:28     M&T Bank,
                Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
13802252       E-mail/Text: camanagement@mtb.com Nov 18 2016 02:06:28     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
13789059       E-mail/Text: blegal@phfa.org Nov 18 2016 02:07:04     PHFA-HEMAP,    P.O. Box 15206,
                Harrisburg, PA  17105-5206
13789058      +E-mail/Text: blegal@phfa.org Nov 18 2016 02:07:04     Pennsylvania Housing Finance Agency,
                211 N. Front St.,    Harrisburg, PA 17101-1406
```

```
District/off: 0313-4          User: Lisa          Page 2 of 2          Date Rcvd: Nov 17, 2016
                              Form ID: 309I        Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13791311        EDI: RECOVERYCORP.COM Nov 18 2016 01:48:00    Recovery Management Systems Corporation,
           25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                    TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13789061    ##+Recovery One LLC,   5100 Parkcenter Ave,   Dublin, OH 43017-7563
                                                            TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
```
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOHN A. DIGIAMBERARDINO   on behalf of Joint Debtor Nilda M Gonzalez jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO   on behalf of Debtor Sigfrido L Gonzalez jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PAUL C. BAMETZREIDER   on behalf of Creditor   Jonestown Bank & Trust Co. paulb@reillywolfson.com,
           bhaase@reillywolfson.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                            TOTAL: 6
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Sigfrido L Gonzalez** | Social Security number or ITIN   **xxx–xx–9498** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nilda M Gonzalez** | Social Security number or ITIN   **xxx–xx–1511** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed for chapter  13   **9/9/16** |
| Case number:   **16–16349–ref** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/15**

**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Sigfrido L Gonzalez | Nilda M Gonzalez |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1774 Little Mountain Rd. Bethel, PA 19507 | 1774 Little Mountain Rd. Bethel, PA 19507 |
| 4. | **Debtor's attorney** Name and address | JOHN A. DIGIAMBERARDINO Case & DiGiamberardino, P.C. 845 North Park Road Suite 101 Wyomissing, PA 19610 | Contact phone 610–372–9900 Email:  jad@cdllawoffice.com |
| 5. | **Bankruptcy trustee** Name and address | FREDERICK L. REIGLE Chapter 13 Trustee 2901 St. Lawrence Avenue P.O. Box 4010 Reading, PA 19606 | Contact phone 610–779–1313 Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street Suite 300 Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (610)2085040 Date: 11/17/16 |

**For more information, see page 2**

| **7. Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 20, 2016 at 1:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br> **2901 St. Lawrence Ave, Reading, PA 19606** |
|---|---|---|
| **8. Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br><br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/18/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/20/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/8/17** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $140.00 per month for 58 months. The hearing on confirmation will be held on: <br> **1/26/17** at **9:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |