**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**NILDA MARIA GONZALEZ** and : CHAPTER 13
**SIGFRIDO LUIS GONZALEZ** : CASE NO. 4:16-bk-16349-ref
:
Debtor(s) :

**NOTICE OF APPEARANCE AND REQUEST FOR ALL**
**NOTICES, PLANS AND DISCLOSURE STATEMENTS**

John J. Ferry, Jr., Attorney for Creditor Harry Rueppel, hereby enters his appearance pursuant to Fed. R. Bank. P. 9010. The attorney's name, address, phone number, fax number and email address are as follows:

John J. Ferry, Jr.
931 Cumberland Street
Lebanon, PA 17042
(717) 272-6500
Fax: (717) 272-5600
e-mail: jackferry2@gmail.com

Pursuant to Rule 2002, you are hereby requested to give copies of all Notices and papers to the above attorney at the above address.

Pursuant to Rule 3017, you are hereby requested to give copies of all plans and disclosure statements to the above attorney at the above address.

Dated: __February 2, 2017_____        /s/ John J. Ferry, Jr._____
                                                John J. Ferry, Jr.; PA I.D. No: 75907
                                                931 Cumberland Street
                                                Lebanon, PA 17042
                                                (717) 272-6500
                                                jackferry2@gmail.com
                                                Attorney for Creditor Harry Rueppel