United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16349-ref
Sigfrido L Gonzalez                                                       Chapter 13
Nilda M Gonzalez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Cathleen          Page 1 of 1              Date Rcvd: Mar 17, 2017
                               Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
13789045        Jonestown Bank & Trust Co.,    1725 Route 72 North,    Lebanon,  PA  17046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Sigfrido L Gonzalez jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Nilda M Gonzalez jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN J. FERRY, JR.    on behalf of Creditor Harry  Rueppel, Jr. jackferry2@gmail.com,
           jackferrybankruptcy@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PAUL C. BAMETZREIDER    on behalf of Creditor    Jonestown Bank & Trust Co. paulb@reillywolfson.com,
           bhaase@reillywolfson.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16349-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Sigfrido L Gonzalez
1774 Little Mountain Rd.
Bethel PA 19507

Nilda M Gonzalez
1774 Little Mountain Rd.
Bethel PA 19507

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/17/2017.

Name and Address of Alleged Transferor(s):

Name and Address of Transferee:

Claim No. 1: Jonestown Bank & Trust Co., 1725 Route 72 North, Lebanon,  PA  17046

Frederick Chevrolet Cadillac of Lebanon
1505 Quentin Road
Lebanon, PA 17042

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/19/17

Tim McGrath
### CLERK OF THE COURT