IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SIGFRIDO L. GONZALEZ        : Chapter 13
       & NILDA M. GONZALEZ        : Case No. 16-16349
           Debtors

### CERTIFICATE OF NO OPPOSITION

I, John A. DiGiamberardino, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtors' Application to Employ Gilbert W. Carbon as Broker, and the Debtors request that the Court grant the Debtors' Motion, without hearing, as the Motion is uncontested.

Date: 4/25/2017

           **CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
        Attorney I.D. #41268
        845 N. Park Rd., Ste. 101
        Wyomissing, PA  19610
        (610)  372-9900
        (610) 372-5469 - fax
        Attorney for Debtors