United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 16-16349-ref
Sigfrido L Gonzalez                                           Chapter 13
Nilda M Gonzalez
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Cathleen          Page 1 of 1              Date Rcvd: Apr 27, 2017
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
```
db/jdb         +Sigfrido L Gonzalez,   Nilda M Gonzalez,   1774 Little Mountain Rd.,   Bethel, PA 19507-9557
r              +Gilbert W. Carbon,   Century 21 Gold,   925 Berkshire Blvd., Suite 100,
                 Wyomissing, PA 19610-1229
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
```
          DENISE ELIZABETH CARLON    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Nilda M Gonzalez jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Sigfrido L Gonzalez jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN J. FERRY, JR.    on behalf of Creditor Harry  Rueppel, Jr. jackferry2@gmail.com,
           jackferrybankruptcy@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          PAUL C. BAMETZREIDER    on behalf of Creditor   Jonestown Bank & Trust Co. paulb@reillywolfson.com,
           bhaase@reillywolfson.com
          THOMAS I. PULEO    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   SIGFRIDO L. GONZALEZ                    : Chapter 13
       & NILDA M. GONZALEZ                       : Case No.  16-16349
                    Debtors

**ORDER**

AND NOW, upon consideration of the Debtors' Application to Employ Gilbert W. Carbon as Broker ("Application"), it is

ORDERED that the terms of the Listing Agreement attached as Exhibit "A" to the Application are approved, that Gilbert W. Carbon is approved as Broker for the Debtor, that the Broker's compensation shall be determined at the time that a sale is approved.

BY THE COURT:

**Date: April 26, 2017**

_____
Richard E. Fehling,
Bankruptcy Judge