IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   SIGFRIDO L. GONZALEZ                : Chapter 13
       & NILDA M. GONZALEZ               : Case No.  16-16349
       Debtors

### PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM # 4 FOR HARRY RUEPPEL JR.

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly withdraw the Objection to Proof of Claim Number 4 for Harry Rueppel Jr. filed to Docket No. 16-16349 on 4/05/2017.

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
        Attorney I.D. #41268
        845 N. Park Road, Ste. 101
        Wyomissing, PA  19610
        (610) 372-9900
        (610) 372-5469 -fax
        Attorney for Debtor