IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SIGFRIDO L. GONZALEZ  : Chapter 13
       & NILDA M. GONZALEZ  : Case No. 16-16349
           Debtors

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Sigfrido and Nilda Gonzalez, Debtors, have filed a Motion to Sell Real Estate Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. 363 with the Court.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 25, 2017 you or your attorney must do <u>all</u> of the following:

    (a) file an **answer OR objection** explaining your position at Clerk, U.S. Bankruptcy Court, 400 Washington St., Reading, PA 19601.  If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:
John A. DiGiamberardino, Esquire,
845 N. Park Rd., Ste. 101, Wyomissing, PA 19610
610-372-9900 /610-372-5469 - fax

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling, courtroom #1, 400 Washington St., Reading, PA 19601 for **October 12, 2017 at 9:30 a.m.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerks' service list and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: September 11, 2017        **CASE & DIGIAMBERARDINO, P.C.**
                                      By:    s/John A. DiGiamberardino, Esquire