# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sigfrido L. Gonzalez<br>    Debtor<br><br>M&T Bank, its successors and/or assigns<br>    Movant<br>  vs.<br><br>Sigfrido L. Gonzalez<br>    Debtor<br><br>Frederick L. Reigle Esq.<br>    Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-16349 REF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about December 20, 2016 Document No. 18..

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        rsolarz@kmllawgroup.com
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

April 17, 2018