United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16349-ref
Sigfrido L Gonzalez                                                       Chapter 13
Nilda M Gonzalez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1             Date Rcvd: May 16, 2018
                              Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db          +Sigfrido L Gonzalez,    1774 Little Mountain Rd.,    Bethel, PA 19507-9557
jdb         +Nilda M Gonzalez,   c/o The Arc Alliance,    3075 Ridge Pike,    Eagleville, PA 19403-1534
r           +Gilbert W. Carbon,    Century 21 Gold,    925 Berkshire Blvd., Suite 100,
              Wyomissing, PA 19610-1229
cr          +Harry Rueppel, Jr.,    601 E. High St.,    Lebanon, PA 17042-5642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 02:17:58      Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL   33131-1605
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Sigfrido L Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Sigfrido L Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Nilda M Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Nilda M Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN J. FERRY, JR.    on behalf of Creditor Harry  Rueppel, Jr. jackferry2@gmail.com,
               jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL C. BAMETZREIDER    on behalf of Defendant    Jonestown Bank paulb@reillywolfson.com,
               pbaylor@reillywolfson.com
              PAUL C. BAMETZREIDER    on behalf of Creditor    Jonestown Bank & Trust Co. paulb@reillywolfson.com,
               pbaylor@reillywolfson.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sigfrido L. Gonzalez<br>Nilda M. Gonzalez<br>    Debtor(s)<br><br>M&T Bank<br>        Movant<br>    vs.<br><br>Sigfrido L. Gonzalez<br>Nilda M. Gonzalez<br>    Debtor(s)<br><br>Frederick L. Reigle Esq.<br>    Trustee | CHAPTER 13<br><br><br>NO. 16-16349 REF<br><br><br><br>11 U.S.C. Section 362 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1774 Little Mountain Road, Bethel, PA 19507 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: May 16, 2018**

_____
United States Bankruptcy Judge.