UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

SIGFRIDO L GONZALEZ
NILDA M GONZALEZ

                                                   : Bankruptcy No. 16-16349REF

           Debtor(s)                    : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 27, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN A DI GIAMBERARDINO ESQ
CASE & DI GIAMBERARDINO PC
845 N PARK ROAD STE 101
WYOMISSING PA 19610-

SIGFRIDO L GONZALEZ
NILDA M GONZALEZ
1774 LITTLE MOUNTAIN RD.
BETHEL,PA.19507-