United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-16349-ref
Sigfrido L Gonzalez                                                             Chapter 13
Nilda M Gonzalez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2              Date Rcvd: Sep 27, 2018
                              Form ID: pdf900          Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
```
db          +Sigfrido L Gonzalez,   1774 Little Mountain Rd.,   Bethel, PA 19507-9557
jdb         +Nilda M Gonzalez,   c/o The Arc Alliance,   3075 Ridge Pike,   Eagleville, PA 19403-1534
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
r           +Gilbert W. Carbon,   Century 21 Gold,   925 Berkshire Blvd., Suite 100,
              Wyomissing, PA 19610-1229
cr          +Harry Rueppel, Jr.,   601 E. High St.,   Lebanon, PA 17042-5642
13789027    +Apex Asset,   2501 Oregon Pike,   Lancaster, PA 17601-4890
13789028    +Bureau of Account Management,   P.O. Box 8875,   Camp Hill, PA 17001-8875
13789029    +Bureau of Account Management,   3607 Rosemont Avenue,   Camp Hill, PA 17011-6904
13789031     CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
13789032    +CBY Systems Inc,   33 S Duke St,   York, PA 17401-1401
13789030     Cardiology Interpretive Servicecs,   755 Norman Drive,   Lebanon, PA 17042-7497
13799078    +Case & DiGiamberardino, P.C.,   John A. DiGiamberardino, Esq.,   845 N. Park Rd.,   Suite 101,
              Wyomissing, PA 19610-1342
13789034     Christopher A Seda DPM,   840 Helen Drive,   Lebanon, PA 17042-7456
13789035    +Commonwealth of PA,   Office of Attorney General,   Collections Unit,
              14th Floor, Strawberry Square,   Harrisburg, PA 17120-0001
13789036    +Credit Bureau of York, Inc.,   33 S Duke Street,   York, PA 17401-1485
13789037     Donegal Insurance Group,   1195 River Road,   P.O. Box 302,   Marietta, PA 17547-0302
13789038    +Dr. Duaduk N.,   P.O. Box 1573,   341 Cumberland Street,   2nd Floor,   Lebanon, PA 17042-5547
13789039     EMA Lebanon Emergency Medical Associates,   P.O. Box 5728,   Parsippany, NJ 07054-6728
13789040    +Environmental Products International Inc,   P.O. Box 397,   Fairview, NJ 07022-0397
13884416    +Frederick Chevrolet Cadillac of Lebanon,   1505 Quentin Road,   Lebanon, PA 17042-7472
13789042    +Good Samaritan Physician Services,   P.O. Box 4625,   Lancaster, PA 17604-4625
13789044     HCR ManorCare Services LLC,   Facility 0561,   P.O. Box 637602,   Cincinnati, OH 45263-7602
13789043    +Harry Rueppel,   611 East High Street,   Lebanon, PA 17042-5642
13798217     Jonestown Bank & Trust Co.,   P.O. Box 717,   Jonestown, PA 17038-0717
13797449     Jonestown Bank & Trust Co.,   2 West Main Street,   Jonestown, PA 17038
13789045     Jonestown Bank & Trust Co.,   1725 Route 72 North,   Lebanon,  PA  17046
13789047    +Jonestown Dental,   310 North Lancaster Street,   P.O. Box 687,   Jonestown, PA 17038-0687
13789048     Lebanon Cardiology Associates, PC,   775 Norman Drive,   Lebanon, PA 17042-7497
13789049    +Lebanon Diagnostic Imaging,   960 Isabel Drive,   Lebanon, PA 17042-7482
13789050    +Lebanon Family Dental,   320 Oak Street,   Lebanon, PA 17042-6200
13789051     Lebanon Imaging Associates,   P.O. Box 371863,   Pittsburgh, PA 15250-7863
13789053    +Met-Ed,   P.O. Box 3687,   Akron, OH 44309-3687
13789054    +Myerstown Family Practice,   431 W. Lincoln Avenue,   Myerstown, PA 17067-2328
13789056     Peerless Credit Services, Inc.,   P.O. Box 518,   Middletown, PA 17057-0518
13789057    +Penn State Hershey Medical Center,   P.O. Box 643291,   Pittsburgh, PA 15264-3291
13789060    +Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
13789061    +Recovery One LLC,   5100 Parkcenter Ave,   Dublin, OH 43017-7563
13789063    +Schuylkill Medical Center East,   700 E. Norwegian St.,   Pottsville, PA 17901-2798
13789064     Schuylkill Medical Imaging,   12225 Greenville Ave.,   Suite 700,   Dallas, TX 75243-9338
13789065    +Schuylkill Open MRI, Inc.,   848 N. Rainbow Blvd.,   Suite 2494,   Las Vegas, NV 89107-1103
13789066     United Concordia,   POB 827399,   Philadelphia, PA 19182-7399
13789067    +York Credit Bureau,   33 S Duke St,   York, PA 17401-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2018 02:29:47
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2018 02:30:07     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 02:26:34     Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13789033    +E-mail/Text: compliance@chaserec.com Sep 28 2018 02:30:32     Chase Receivables,
              1247 Broadway,   Sonoma, CA 95476-7503
13789041    +E-mail/Text: bankruptcy@fult.com Sep 28 2018 02:30:35     Fulton Bank,   Loan Operations,
              P.O. Box 69,   East Petersburg, PA 17520-0069
13789052     E-mail/Text: camanagement@mtb.com Sep 28 2018 02:29:38     M&T Bank,
              Lending Services, Customer Support,   P.O. Box 1288,   Buffalo, NY 14240-1288
13802252     E-mail/Text: camanagement@mtb.com Sep 28 2018 02:29:38     M&T Bank,   P.O. Box 840,
              Buffalo, NY 14240-0840
13789055    +E-mail/Text: Bankruptcies@nragroup.com Sep 28 2018 02:30:33     National Recovery Agency,
              2491 Paxton Street,   Harrisburg, PA 17111-1036
13789059     E-mail/Text: blegal@phfa.org Sep 28 2018 02:30:00     PHFA-HEMAP,   P.O. Box 15206,
              Harrisburg, PA  17105-5206
```

```
District/off: 0313-4          User: SaraR                  Page 2 of 2                  Date Rcvd: Sep 27, 2018
                              Form ID: pdf900              Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13789058       +E-mail/Text: blegal@phfa.org Sep 28 2018 02:30:00      Pennsylvania Housing Finance Agency,
                 211 N. Front St.,    Harrisburg, PA 17101-1406
13885675       +E-mail/Text: blegal@phfa.org Sep 28 2018 02:30:00      Pennsylvania Housing Finance Agency-HEMAP,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13791311        E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2018 02:25:59
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13789026       ##American Medical Supplies, Inc.,    3300 SW 15th Street,   Deerfield Beach, FL 33442-8126
13789062       ##RMS,   P.O. Box 280431,    East Hartford, CT 06128-0431
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Sigfrido L Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Sigfrido L Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Nilda M Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Nilda M Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN J. FERRY, JR.    on behalf of Creditor Harry  Rueppel, Jr. jackferry2@gmail.com,
               jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL C. BAMETZREIDER    on behalf of Defendant    Jonestown Bank paulb@reillywolfson.com,
               edonohue@reillywolfson.com
              PAUL C. BAMETZREIDER    on behalf of Creditor    Jonestown Bank & Trust Co. paulb@reillywolfson.com,
               edonohue@reillywolfson.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

SIGFRIDO L GONZALEZ
NILDA M GONZALEZ

                                                        : Bankruptcy No. 16-16349REF
             Debtor(s)                  : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 27, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN A DI GIAMBERARDINO ESQ
CASE & DI GIAMBERARDINO PC
845 N PARK ROAD STE 101
WYOMISSING PA 19610-

SIGFRIDO L GONZALEZ
NILDA M GONZALEZ
1774 LITTLE MOUNTAIN RD.
BETHEL,PA.19507-