IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SIGFRIDO L. GONZALEZ                : Chapter 13
       & NILDA M. GONZALEZ               : Case No.  16-16349
              Debtors

## ORDER

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $3,645.10 and advanced costs in the amount of $354.90.

BY THE COURT:

**Date: October 15, 2018**

_____
J.