United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sigfrido L Gonzalez
Nilda M Gonzalez
    Debtors

Case No. 16-16349-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Oct 16, 2018
               Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
```
db         +Sigfrido L Gonzalez,    1774 Little Mountain Rd.,    Bethel, PA 19507-9557
jdb        +Nilda M Gonzalez,    c/o The Arc Alliance,    3075 Ridge Pike,    Eagleville, PA 19403-1534
r          +Gilbert W. Carbon,    Century 21 Gold,    925 Berkshire Blvd., Suite 100,
             Wyomissing, PA 19610-1229
cr         +Harry Rueppel, Jr.,    601 E. High St.,    Lebanon, PA 17042-5642
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:47:38      Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Sigfrido L Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Sigfrido L Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Nilda M Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Nilda M Gonzalez jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN J. FERRY, JR.    on behalf of Creditor Harry  Rueppel, Jr. jackferry2@gmail.com,
               jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL C. BAMETZREIDER    on behalf of Defendant    Jonestown Bank paulb@reillywolfson.com,
               edonohue@reillywolfson.com
              PAUL C. BAMETZREIDER    on behalf of Creditor    Jonestown Bank & Trust Co. paulb@reillywolfson.com,
               edonohue@reillywolfson.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 14
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SIGFRIDO L. GONZALEZ          : Chapter 13
        & NILDA M. GONZALEZ          : Case No. 16-16349
            Debtors

## ORDER

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $3,645.10 and advanced costs in the amount of $354.90.

BY THE COURT:

**Date: October 15, 2018**

_____
J.